No. 16,071.

Towbin, doing business as Denver Surgical Supply
Company *v.* Van Schaack and Company.
(197 P. [2d] 159)

Decided August 9, 1948.   Rehearing denied August 30, 1948.

Per Curiam.

Judgment affirmed en banc without written opinion,
Mr. Justice Hilliard not participating.

Mr. John E. Fitzpatrick, Mr. Anthony J. Pasquale,
for plaintiff in error.

Messrs. Shuteran, Robinson & Harrington, for defendant in error.